MAY 21 2020

**MOTION DENIED**

~George B. Daniel~

Judge George B. Daniels

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re    Carmine P. Amelio

Case No.: 18-cv-08769 (GBD)
18-cv-11420 (GBD)
19-cv-00314 (GBD)

## MOTION FOR RECONSIDERATION AND REQUEST FOR FINDINGS OF FACT AND CONCLUSIONS OF LAW FOR VOID ORDER DATED MAY 18, 2020 DENYING DEBTOR'S REQUEST FOR PERMISSION TO PARTICIPATE IN ELECTRONIC E-FILING FOR THE ABOVE MATTERS

**COMES NOW** the Appellant-Debtor, Carmine P. Amelio, *pro se*, who respectfully

requests reconsideration of this Court's void Order dated May 18, 2020, denying debtor's request

for permission to participate in electronic e-filing, for failing to provide findings of fact and

conclusions of law:

Judgments in non-jury trials
a) In bench trials (trials without jury), the judge not only makes the legal conclusions but also is the finder of fact.
b) Written findings of fact and conclusions of law are required in all actions tried without a jury, whether or not requested by a party. Rule 52(a)(1).
c) Findings of fact must be set forth separately from the conclusions of law.
    (1) Failure to set forth the findings and conclusions separately is likely to be reversible error. *Pineda-Lopez v.*

*North Carolina Growers Assoc., Inc.*, 151 N.C. App. 587, 566 S.E.2d 162 (2002).

Furthermore, although the above matters are closed, Appellant will be filing a motion for

stay pending appeal related to the above matters and must first move before the District Court,

pursuant to Rule 8:

(a) Motion for Stay.
 (1) Initial Motion in the District Court.

A party must ordinarily move first in the district court for the following relief:

(A) a stay of the judgment or order of a district court pending appeal;
(B) approval of a bond or other security provided to obtain a stay of judgment; or
(C) an order suspending, modifying, restoring, or granting an injunction while an appeal is pending.

WHEREFORE, Appellant respectfully requests reconsideration of this Court's void Order

dated May 18, 2020 or provide findings of fact and conclusions of law for denying the same, and

for all such other relief.

Date: May 18, 2020                              Respectfully Submitted,

                                                /s/ Carmine P. Amelio
                                                Carmine P. Amelio, Debtor Pro Se
                                                32 Main Street
                                                New Milford, CT 06776
                                                412-612-6774