UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
:
:
:                                    ORDER
:
IN RE: CARMINE P. AMELIO             :    18 Civ. 8769 (GBD)
:    18 Civ. 11420 (GBD)
:    19 Civ. 314 (GBD)
:    19 Civ. 5944 (GBD)
:    19 Civ. 7091 (GBD)
:
:
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

Counsel for Trustee in the above-captioned *pro se* appeals requests a transfer of 20 Civ. 3080 (RA), a case currently before Judge Ronnie Abrams, to this Court as related. In their request, counsel notes that all of the cases involve the same parties and arise out of the same Chapter 7 bankruptcy proceeding.

This Court, however, has already adjudicated and closed each of the above-captioned cases. This Court therefore declines to accept this new bankruptcy appeal as related.

Dated: October 6, 2020
New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge