UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

CARMINE P. AMELIO,

                Debtor-Appellant,

    -against-

DEBORAH J. PIAZZA,

                Trustee-Appellee.

------------------------------------- x

MEMORANDUM DECISION
AND ORDER

18 Civ. 8769 (GBD)
19 Civ. 7091 (GBD)

GEORGE B. DANIELS, United States District Judge:

*Pro se* Debtor-Appellant Carmine P. Amelio's "Omnibus Motion for an Extension of Time to Appeal" and "Amended Omnibus Motion for Relief from Judgment" are DENIED.[1]

The Clerk of the Court is ordered to close ECF Nos. 56, 57, and 58 in case number 18 Civ. 8769 and ECF Nos. 30, 31, and 32 in case number 19 Civ. 7091.

Dated: New York, New York
        February 11, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

---

[1] "Chief Judge Morris's conclusion that Debtor-Appellant's 'vexatious conduct has interfered with the administration of this bankruptcy case' reigns true to his appeals at the district court level as well. Therefore, and considering that the above appeals are now closed, this Court imposes the same restriction as previously ordered by Chief Judge Morris. That is, Debtor-Appellant is hereby 'restrained and enjoined from filing motions, pleadings and/or taking any actions' in the above-captioned cases 'without prior approval' from Chief Judge Morris." *See In Re: Carmine P. Amelio*, No. 19-cv-07091, ECF No. 26.